UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ryan Rutkowski,                                                    Case No. 3:26-cv-602
*individually and as Executor of the Estates of*
*Deceased Tamara Rutkowski and Deceased*
*Timothy Rutkowski*,

            Plaintiff,

   v.                                                                          ORDER

First Energy Corp. Master Pension Plan, et al.,

            Defendants.

Defendants filed a Rule 12 motion to dismiss Plaintiff's Complaint on May 26, 2026.  (Doc. Nos. 9 and 10).  In response, Plaintiff filed an opposition brief to Defendants' motion on June 24, 2026, (Doc. No. 11), and a motion to amend the Complaint on June 25, 2026.  (Doc. No. 12).

Federal Rule of Civil Procedure 15 provides that "[a] party may amend its pleading once as a matter of course no later than ... 21 days after service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B).  Because Plaintiff has not yet amended his Complaint once as a matter of course, he could have done so on or before June 16, 2026.  He failed to do so.  Instead, Plaintiff filed his motion to amend a little over a week after this deadline.

To conserve this Court's resources and move this case forward, I grant the motion to amend without further analysis.  (Doc. No. 12).  In turn, I deny as moot Defendants' motion to dismiss and Defendants' motion for an extension of time to file a reply in support of their motion to dismiss. (Doc. Nos. 9, 10, and 13).

Plaintiff shall file his First Amended Complaint on or before July 23, 2026.  Within thirty

(30) days of the filing of the First Amended Complaint, Defendants shall file their response.


So Ordered.


s/ Jeffrey J. Helmick
United States District Judge